UNITED STATES of America,
Plaintiff-Appellee,

v.

Cedric R. MONROE, a.k.a. Ced,
Defendant-Appellant.

No. 16-10944
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Filed (January 27, 2017)

Germaine Seider, Arthur Lee Bentley, III, Stacie B. Harris, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Cedric R. Monroe, Coleman, FL, for Defendant-Appellant

Before JULIE CARNES, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Cedric R. Monroe in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Monroe's conviction and sentence are **AFFIRMED**.